UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
IN RE: COMBINED WORLD TRADE CENTER          :        21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE           :
LITIGATION (STRADDLER PLAINTIFFS)           :
                                                              :
------------------------------------------------------------- X
                                                              :
MIGUEL UZHCA (AND WIFE, ESPERANZA           :        08-CV-2333 (AKH)
CABRERA),                                                     :
                                                              :
                    Plaintiffs,                               :
                                                              :
-against-                                                     :
                                                              :
                                                              :        **FGP 90 WEST STREET,**
ON-SITE:                                                      :        **INC.'S NOTICE OF**
7 WORLD TRADE COMPANY, L.P.; A RUSSO        :        **ADOPTION OF ANSWER TO**
WRECKING, INC.; ABM INDUSTRIES, INC.; ABM   :        **MASTER COMPLAINT**
JANITORIAL NORTHEAST, INC.; AMEC            :
CONSTRUCTION MANAGEMENT, INC.; AMEC         :
EARTH & ENVIRONMENTAL, INC.; ANTHONY        :
CORTESE SPECIALIZED HAULING LLC.;           :
ATLANTIC HEYDT CORP.; BECHTEL               :
ASSOCIATES PROFESSIONAL CORPORATION;        :
BECHTEL CONSTRUCTION, INC.; BECHTEL         :
CORPORATION; BECHTEL ENVIRONMENTAL,         :
INC.; BERKEL & COMPANY, CONTRACTORS,        :
INC.; BIG APPLE WRECKING & CONSTRUCTION     :
CORP; BOVIS LEND LEASE LMB, INC.; BREEZE    :
CARTING CORP.; BREEZE NATIONAL INC.;        :
BRER-FOUR TRANSPORTATION CORP.; BURO        :
HAPPOLD CONSULTING ENGINEERS, P.C.; C B     :
CONTRACTING CORP; CANRON                    :
CONSTRUCTION CORP.; CORD CONTRACTING        :
CO., INC.; DAKOTA DEMO-TECH; DIAMOND        :
POINT EXCAVATING CORP ; DIEGO               :
CONSTRUCTION, INC; DIVERSIFIED CARTING,     :
INC., DMT ENTERPRISE INC.; D'ONOFRIO        :
GENERAL CONTRACTORS CORP.; EAGLE            :
LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE    :
ONE ROOFING CONTRACTORS INC; EJ DAVIES,     :
INC.; EN-TECH CORP.; EVERGREEN              :
RECYCLING OF CORONA(EROC); EWELL W.         :

FINLEY, P.C., EXECUTIVE MEDICAL SERVICES,    :
P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE    :
EXTERIOR RESTORATION, INC.; FTI TRUCKING,    :
INC.; GILSANZ, MURRAY, & STEFICEK, LLP;    :
GOLDSTEIN ASSOCIATES CONSULTING    :
ENGINEERS, PLLC.; HALLEN WELDING    :
SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH    :
SKANSKA INC; LAQUILA CONSTRUCTION INC.;    :
LASTRADA GENERAL CONTRACTING CORP.;    :
LESLIE E. ROBERTSON ASSOCIATES    :
CONSULTING ENGINEERS P.C.; LIBERTY    :
MUTUAL GROUP; LOCKWOOD, KESSLER &    :
BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA    :
TECH-DIV OF THORTON TOMASETTI;    :
MANAFORT BROTHERS INCORPORATED;    :
MAZZOCCHI WRECKING, INC.; HUDSON    :
MERIDIAN CONSTRUCTION GROUP, LLC F/K/A    :
MERIDIAN CONSTRUCTION CORP.;    :
MORETRENCH AMERICAN CORP.; MRA    :
ENGINEERING, PC; MUESER RUTLEDGE    :
CONSULTING ENGINEERS, INC; NACIREMA    :
INDUSTRIES INCORPORATED; NEW YORK    :
CRANE & EQUIPMENT CORP.; NICHOLSON    :
CONSTRUCTION COMPANY; PETER    :
SCALAMANDRE & SONS, INC.; PINNACLE    :
ENVIRONMENTAL CORP.; PLAZA    :
CONSTRUCTION CORP.; PORT AUTHORITY OF    :
NEW YORK AND NEW JERSEY; PRO SAFETY    :
SERVICES LLC.; PT & L CONTRACTING CORP.;    :
ROBER SILMAN ASSOCIATES; ROBERT L.    :
GEROSA, INC.; RODAR ENTERPRISES, INC.;    :
ROYAL GM, INC; SAB TRUCKING INC.;    :
SAFEWAY ENVIRONMENTAL CORP.; SEASONS    :
INDUSTRIAL CONTRACTING; SEMCOR    :
EQUIPMENT & MANUFACTURING CORP.;    :
SILVERITE CONTRACTING CORPORATION;    :
SIMPSON GUMPERTZ & HEGER INC.;    :
SKIDMORE, OWING & MERRILL LLP;    :
SURVIVAIR; TISHMAN CONSTRUCTION    :
CORPORATION OF MANHATTAN; TISHMAN    :
CONSTRUCTION CORPORATION OF NEW    :
YORK; TISHMAN INTERIORS CORPORATION;    :
TISHMAN SPEYER PROPERTIES; THORTON-    :
TOMASETTI GROUP, INC.; TORRETTA    :
TRUCKING, INC.; TOTAL SAFETY    :
CONSULTING, L.L.C.; TUCCI EQUIPMENT    :

RENTAL CORP.; TULLY CONSTRUCTION CO.,      :
INC.; TURNER CONSTRUCTION COMPANY;         :
ULTIMATE DEMOLITION/CS HAULING (JOINT      :
VENTURE); VOLLMER ASSOCIATES LLP.;         :
WEEKS MARINE, INC.; WEIDLINGER             :
ASSOCIATES, CONSULTING ENGINEERS, P.C.;    :
WHITNEY CONTRACTING INC.; WOLKOW-          :
BRAKER ROOFING CORP.; WORLD TRADE          :
CENTER PROPERTIES LLC.; WSP CANTOR         :
SEINUK; YANNUZZI & SONS, INC; YONKERS      :
CONTRACTING COMPANY, INC.; YORK            :
HUNTER CONSTRUCTION, LLC; ZIEGENFUSS       :
DRILLING, INC.,                            :
OFF-SITE:                                  :
FGP 90 WEST STREET INC.; and KIBEL         :
COMPANIES; ET AL,                          :
                                           :
                          Defendants.      :
----------------------------------------------------------------  X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys,

DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by

Adoption (Check-Off Complaint) Related to the Master Complaint filed in the matter captioned

*In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), hereby

adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which

was filed in that matter.  To the extent that FGP 90 West Street, Inc.'s Answer to the Master

Complaint does not comprehensively address any of the allegations set forth in the Check-Off

Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or

information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-

captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
       May 30, 2008

                                    By:    s/ Keara M. Gordon
                                           Keara M. Gordon (KMG 2323)
                                           Michael D. Hynes (MH 5086)
                                           DLA PIPER US LLP
                                           1251 Avenue of the Americas
                                           New York, New York 10020-1104
                                           Phone: (212) 335-4500
                                           Facsimile: (212) 335-4501

                                           Robert J. Mathias (admitted *pro hac vice*)
                                           The Marbury Building
                                           6225 Smith Avenue
                                           Baltimore, MD 21209-3600
                                           Phone: (410) 580-3000
                                           Fax: (410) 580-3001

                                           *Attorneys for Defendant*
                                           *FGP 90 West Street, Inc.*